| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------- X<br>REBECCA FAY WALSH,  :<br>  :<br>Plaintiff,  :<br>  :<br>-against-  :<br>  :<br>  :<br>NYLON MEDIA, INC.,  :<br>  :<br>Defendant.  :<br>-------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 6/7/2019<br><br>19-CV-3036 (VEC)<br><br>ORDER TO SHOW<br>CAUSE WHY<br>SANCTIONS SHOULD<br>NOT BE IMPOSED |

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 22, 2019, in another, similar matter also pending before the undersigned, this Court ordered that counsel for Plaintiff, Mr. Richard Liebowitz, Esq., pay a civil sanction of $500 to the Clerk of Court for having violated a court order, *see* Order [Dkt. 31], *Dvir v. Dancing Astronaut, Inc.*, No. 18-CV-9416 (S.D.N.Y. May 22, 2019);

WHEREAS the Court's order suspended imposition of the sanction for eighteen months and provided that if Mr. Liebowitz fully and timely complied with all of the undersigned's orders during that time (and with no reminders from Chambers' staff), the sanction order would be dismissed, *see id.* at 6;

WHEREAS the order further provided, however, that additional violations would "result in th[e] sanction becoming immediately payable, in addition to any other sanction that may be imposed for future violations of this Court's orders," *id.* at 6;

WHEREAS, in this case, in a May 21, 2019 endorsement on a May 20, 2019 letter filed by Plaintiff, the Court adjourned the initial pretrial conference to June 14, 2019 and ordered that the parties submit a joint pre-conference letter and jointly proposed case-management plan no later than June 6, 2019, *see* Dkt. 9; and

WHEREAS as of the date of this order, Defendant has not appeared, and Plaintiff has not submitted either a preconference letter, proposed case-management plan, or letter requesting that the deadline for these materials and the initial pretrial conference be adjourned,

IT IS HEREBY ORDERED that no later than **June 19, 2019**, Mr. Liebowitz shall show cause (a) why the $500 sanction imposed in 18-CV-9416 should not become immediately payable and (b) why, in addition to that $500 sanction, he should not be sanctioned pursuant to Fed. R. Civ. P. 16(f), 28 U.S.C. § 1927, and/or the inherent powers of the Court for failing to comply with the Court's order of May 21, 2019, *see* Dkt. 9.  Such showing shall be made by affidavit and a memorandum of law compliant with Local Civil Rule 7.1(a)(2).  Courtesy copies of any papers filed shall be sent to the Court.

**SO ORDERED.**

Date:  June 7, 2019
      New York, NY

                                     **VALERIE CAPRONI**
                                     **United States District Judge**